Writ of Mandamus Denied, Opinion issued November 6, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01426-CV

### IN RE AFTERMATH, INC., Relator

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-04971**

## MEMORANDUM OPINION

Before Justices Moseley, FitzGerald, and Myers
Opinion by Justice Myers

Relator contends the trial judge erred by granting real parties in interest's motion to compel. The facts and issues are well known to the parties, so we need not recount them herein. We conclude relator's petition does not satisfy the requirements of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 52.3(j); *In re Butler*, 270 S.W.3d 757, 758 (Tex. App.–Dallas 2008, orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

LANA MYERS
JUSTICE

121426F.P05